IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOHN BRUSSEAU ) 
 ) 
 Plaintiff, ) 
 ) 
 v. )     Civil Action No. 1:20-cv-1364
 )           (LMB/IDD)
DEPARTMENT OF HOMELAND SECURITY ) 
and DEPARTMENT OF JUSTICE, ) 
 ) 
 Defendants, ) 

---

**LOCAL CIVIL RULE 5(B) NOTICE OF FILING UNDER SEAL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 5(B) and this Court's oral order of May 21, 2021 (Dkt. Nos. 22-23) requiring filing UNDER SEAL, Defendants have, after conference and agreement with Plaintiff on the contents, filed UNDER SEAL the Releases of Information by Immigration and Customs Enforcement and the U.S. Attorney's Office for the District of Columbia Pursuant to Anham FZCO and Marwan Belbeisi's FOIA Request and Resultant Lawsuit (Dkt. Nos. 24-25). Because of the size of the document, it has been filed over multiple docket entries.

Dated: June 4, 2021                         Respectfully submitted,

                                   RAJ PAREKH
                                   ACTING UNITED STATES ATTORNEY

*By*:        /s/
             KIMERE J. KIMBALL
             Assistant United States Attorneys
             2100 Jamieson Avenue
             Alexandria, Virginia 22314
             Tel:    (703) 299-3763
             kimere.kimball@usdoj.gov

             ATTORNEY FOR DEFENDANTS

1